IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DPR, NORCROSS, LLC, doing business as The Reserve at Gwinnett,

   Plaintiff,

     v.

LATASHA WALKER,

   Defendant.

CIVIL ACTION FILE
NO. 1:17-CV-3312-TWT

**ORDER**

This is a dispossessory action wrongfully removed to this Court. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending remanding the action to the Magistrate Court of Gwinnett County. The Defendant's objections that the Report and Recommendation is unconstitutional do not address the lack of subject matter jurisdiction. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is REMANDED to the Magistrate Court of Gwinnett County.

SO ORDERED, this 20 day of September, 2017.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge.

T:\ORDERS\17\DPR, Norcross, LLC\r&r.wpd